AO 442  (Rev. 10/03)  Warrant for Arrest   (Rev. 9/05 WDTX)

**SEALED**

# UNITED STATES DISTRICT COURT

_____Western_____  District of  _____Texas_____

UNITED STATES OF AMERICA

V.

MICHAEL SCOTT WISEMAN

**WARRANT FOR ARREST**

Case Number:   DR-19-CR-01169(02)-AM

To: The United States Marshal
and any Authorized United States Officer

RECEIVED
US MARSHALS
W/TX-DEL RIO
2019 MAY -8  PM 4: 59

YOU ARE HEREBY COMMANDED to arrest   MICHAEL SCOTT WISEMAN
_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

Count 1: 21 U.S.C. §§ 802(32)(A), 8 13, 841(a)(1) and (b)(1)(C) and 846, Conspiracy to Distribute Controlled Substances and Controlled Substance Analogues Resulting in Death;
Count 2: 21 U.S.C. §§ 802(32)(A), 813, 841(a)(1) and (b)(1)(C) and 846, Conspiracy to Distribute Controlled Substances and Controlled Substance Analogues Resulting in Serious Bodily Injury;
Count 3: 21 U.S.C. §§ 802(32)(A), 813, 841(a)(1) and (b)(1 )(C) and 846, Conspiracy to Possess With Intent to Distribute Controlled Substance Analogues;
Count 4: 18 U.S.C. § 1956 (h), Conspiracy to Commit Money Laundering.

in violation of Title(s) _____ United States Code, Section(s)  Please see attached indictment

Trini Barrientez
_____
Name of Issuing Officer

DIVISIONAL MANAGER
_____
Title of Issuing Officer

DATE ISSUED:  _____5/8/2019_____

Bail fixed at $   _____DETAINED_____

_____
Signature of Issuing Officer

5/8/2019                         Del Rio, TX
_____
Date and Location

by   US Magistrate Judge Victor R. Garcia
_____
Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |